UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MARY SOURDIFF and JAMES SOURDIFF,

      Plaintiffs,      STIPULATION OF
                   DISMISSAL

                   3:10-CV-00408 (TJM/DEP)

-vs-

TEXAS ROADHOUSE HOLDINGS, LLC,

      Defendant.

---

  **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued as between all parties, and all claims herein are dismissed with prejudice, without costs, attorneys' fees, expenses or disbursements to either party as against the other.  This Stipulation may be filed without further notice with the Clerk of the Court.

  **IT IS further stipulated by and between the parties** that the terms of this settlement are confidential and shall not be disclosed to any third party or made public in any way.

Dated: Syracuse, New York
February 14, 2012

MACKENZIE HUGHES LLP

By: _____
    Stephen S. Davie (Bar Roll No. 505078)
    Attorneys for Defendant
101 S. Salina Street, Suite 600
P.O. Box 4967
Syracuse, NY 13221-4967
Telephone:   (315) 474-7571
Fax:   (315) 426-8358
E-mail: sdavie@mackenziehughes.com

Dated: Syracuse, New York
~~February~~ March 12, 2012

CARROLL & CARROLL, P.C.

By: _____
    James R. Carroll, Jr., Esq.
    Attorney for Plaintiffs
210 S. Main Street
Athens, PA 18810
Telephone: (570) 882-8683
Facsimile: (570) 882-8878
E-mail: James.Carroll@cclaw.cc

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge

Dated: March 22, 2012

2