UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MARY SOURDIFF and JAMES SOURDIFF,

                Plaintiffs,                        STIPULATION OF
                                                             DISMISSAL

                                                             3:10-CV-00408 (TJM/DEP)

-vs-

TEXAS ROADHOUSE HOLDINGS, LLC,

                Defendant.

---

        **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued as between all parties, and all claims herein are dismissed with prejudice, without costs, attorneys' fees, expenses or disbursements to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

        **IT IS further stipulated by and between the parties** that the terms of this settlement are confidential and shall not be disclosed to any third party or made public in any way.

Dated: Syracuse, New York
       February 14, 2012

                                        MACKENZIE HUGHES LLP

                                        By: _____
                                              Stephen S. Davie (Bar Roll No. 505078)
                                              Attorneys for Defendant
                                        101 S. Salina Street, Suite 600
                                        P.O. Box 4967
                                        Syracuse, NY 13221-4967
                                        Telephone:   (315) 474-7571
                                        Fax:            (315) 426-8358
                                        E-mail: sdavie@mackenziehughes.com

Dated: Syracuse, New York
       ~~February~~ March 12, 2012

                                        CARROLL & CARROLL, P.C.

                                        By: _____
                                              James R. Carroll, Jr., Esq.
                                              Attorney for Plaintiffs
                                        210 S. Main Street
                                        Athens, PA  18810
                                        Telephone: (570) 882-8683
                                        Facsimile: (570) 882-8878
                                        E-mail: James.Carroll@cclaw.cc

                                        IT IS SO ORDERED:

                                        _____
                                        David E. Peebles
                                        U.S. Magistrate Judge

                                        Dated: March 22, 2012